IH-32                                                                                                          Rev: 2014-1

# United States District Court
для
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

JULIO A MONSERRATE RIVERA

| Plaintiff | Case Number |
|---|---|
| vs. | 7:24-cv-743 |
| ANGEL LUIS PAGAN-RODRIGUEZ, KENNETH O. LESTER COMPANY, INC., PFG TRANSCO, INC., and RYDER TRUCK RENTAL INC. | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

YEIRO JOSE ABREU BAUTISTA

| Plaintiff | Case Number |
|---|---|
| vs. | 7:24-cv-631 |
| ANGEL LUIS PAGAN-RODRIGUEZ and RYDER TRUCK RENTAL INC. | |
| Defendant | |

IH-32                                                                Rev: 2014-1

## Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open    (If so, set forth procedural status and summarize any court rulings.)

Removed to SDNY on January 29, 2024. No answer has yet been filed.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both actions arise from the same alleged motor vehicle accident and two parties named as defendants in both actions.

Signature: s/ Peter C. Bobchin        Date: 2/1/24

Firm: Law Offices of John C. Lane